## THE TOWN OF WEARE *vs.* THE TOWN OF NEW-BOSTON.

To gain a settlement in a town under the 8th section of the statute of 1st Jan. 1796 a person must be *taxed* for his poll for the term of *seven years*, residence alone not being sufficient.

THIS was an action of *assumpsit* for the support of certain paupers, alleged to have their legal settlement in *New-Boston.*

The cause was submitted to the decision of the court upon the following facts.

The paupers are the wife and children of *Ebenezer Wilson*, who formerly resided, and had his settlement, in *New-Boston.* In the year 1809, *Wilson* removed, with his family, to *Weare;* where he and his family have ever since resided. In the year 1811 he was taxed in *Weare* for his poll and some estate, and for his poll in the year 1821; both which taxes he paid. He possessed very little property, at any time after his removal from *New-Boston* to *Weare*, and was never taxed in *Weare* for his poll or his property, except as above stated.

It was agreed by the parties, that, if the court should be of opinion, that said *Wilson* gained a settlement in *Weare*, judgment should be rendered for the defendant, otherwise for the plaintiff.

*Rogers*, for the plaintiff.

*E. Parker*, for the defendant.

*By the court.* If *Ebenezer Wilson* has gained a settlement in *Weare*, it must be under the 8th section of the statute of 1st January, 1796, entitled, "An act to ascertain the ways "and means, by which persons may gain a settlement in any "town or district within this state, so as to entitle them to "support therein, if they shall be poor and unable to support "themselves." That section provides, that "any person "of the age of twenty-one years, who shall hereafter reside "in any town or district within this state, and being taxed "for his poll for the term of seven years, shall pay all taxes "legally assessed on his poll and estate during the said term, "shall be an inhabitant in said town or district."—1 *N. H. Laws* 363.

To gain a settlement under this section of the statute, residence alone is not sufficient. The resident must be taxed for

his poll for the term of seven years. This is the plain letter of the statute ; and that such was the intention of the legislature can hardly be doubted. As *Wilson* was taxed two years only in *Weare*, it is clear, that he gained no settlement in that town. Therefore, according to the agreement of the parties, there must be

*Judgment for the plaintiff.*